Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC and Ron Kramer

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>Defendants | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**RULE 55 (a) REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST JOHN ROMANO** |

To the Clerk of the United States District Court for the Central District of California:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Ron Kramer and ThermoLife International, LLC ("ThermoLife") requests that the Clerk enter the default of Defendant John Romano for failure to plead or otherwise defend against this action in a timely manner.

Defendant John Romano was served by a process server on November 3, 2014. (Dkt. #6.) Romano's responsive pleading was due on or before November 25, 2014. Romano has failed to appear or otherwise defend.

This request is supported by the attached Declaration of Eric B. Hull, Counsel for

Ron Kramer and ThermoLife in this matter, attached as **Exhibit A**.

RESPECTFULLY SUBMITTED this 10th day of March, 2015.

KERCSMAR & FELTUS PLLC


By: *s/Eric B. Hull*
    Eric B. Hull
    7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
    *Attorney for ThermoLife International LLC and Ron Kramer*