# EXHIBIT A

Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC and Ron Kramer

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>Defendants | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**DECLARATION OF ERIC B. HULL IN SUPPORT OF RULE 55 (a) REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST JOHN ROMANO** |

I, Eric B. Hull, hereby declare and state as follows:

1. I am an associate with Kercsmar & Feltus PLLC. I make this Declaration of my own knowledge, and I am competent to testify to the matters contained herein.

2. Defendant John Romano was personally served by hand delivery on November 4, 2014, as evidenced by the proof of service on file with this Court. (Dkt. #6.)

3. Under Rule 12, Mr. Romano was required to plead or otherwise respond to the complaint by November 25, 2014.

4. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

5. Mr. Romano has failed to serve or file a pleading or otherwise respond to

the complaint. The applicable time limit for responding to the complaint has expired.

6. Mr. Romano is not a minor or an incompetent person.

7. Mr. Romano is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2015.

*s/ Eric B Hull*
Eric B. Hull