# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ron Kramer, et al.,

Plaintiff(s),

v.

John Romano,

Defendant(s).

CASE NUMBER:

CV 14-6790-MWF(MRWx)

**NOTICE OF DEFICIENCY
DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____ Defendant John Romano _____ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ◨ **Proof of Service is lacking required information**
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ◨ **Request for Entry of Default has been forwarded to assigned Judge**
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.
- ◨ Other  <u>The Clerk is not authorized to enter default for the reason that service was made in a foreign country.</u> _____

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55-3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ☐ Other _____

CLERK OF COURT

By: <u>Michelle Urie</u> _____

Deputy Clerk