UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


Ron Kramer, et al.

*v.*

John Romano

Case No. 2:14-CV-6790-MWF(MRWx)


**PLAINTIFFS' BRIEF REGARDING INAPPLICABILITY OF
THE HAGUE CONVENTION**


**EXHIBIT 1**

https://www.anonymousspeech.com/anoymous_hosting.aspx





**ANONYMOUS SPEECH**

Login   Registration
Your Anonymity Level: please login
Membership Until:     please login
SSL Encryption:       (ON/OFF)

phishing

Register | Products / Upgrade | Member Home | Fact Sheets | Forum | FAQ & Knowledge Base | Contact | Sitemap

## ANONYMOUS HOSTING

### Linux Shared Hosting
Host latest PHP Technology
Multiple Offshore Locations

### Windows Shared Hosting
Host latest ASP.NET Technology

### Virtual Private Server
(Linux/Windows)
Full Root Access with Remot Desktop

### Dedicated Server
(Linux/Windows)
Own your own server with full root and Remote Desktop Access

**PURCHASE NOW !**

? **QUESTIONS ?**

**MANAGE DOMAIN & HOSTING**

**PRODUCT QUICK LINKS**

**DOMAIN NAME**     more

@ **DOMAIN EMAIL**     more

**SSL CERTIFICATE**     more

### About Anonymous Hosting

Welcome to one of the worlds leading secure anonymous hosting provider.

Host your website completely anonymous in our offshore located facility in Malaysia.

Enjoy enhanced security and privacy in a jurisdiction with superior privacy laws in place!

Unlike other "anonymous hosting providers" we are located 100% outside the US and EU, which means that we do not have to respond to any subpoena (court order) from the US and EU at any time!

We host over 2000 anonymous websites for private and business customers in different categories like politics, finance, free speech and many more.

If you are in need of a high quality anonymous hosting company, please make use of our anonymity services.

For any questions you may have please access our help files under Anonymous Hosting FAQ, Anonymous Hosting Forum, Anonymous Hosting Terms or contact us.

You can test our hosting speeds here

### Free AnonymousSpeech.com Membership

As long you host your website with us, we give you our anonymous email package for free.

### Limitations

Please note that our legal advantage is not a free ticket for any illegal activities on our servers. Do not apply if the content of your website contains

- Child Pornography
- Organized Crimes
- Spam
- Copyrighted Content

TOP ∧

Contact | Terms | Privacy Policy | Abuse | Anti Spam Policy
Affiliate

Copyright © 1996-2015 AnonymousSpeech.com. All Rights Reserved.
Use of this website is governed by AnonymousSpeech.com Service Agreement and Acceptable Use Policy

Anonymous Surfing

Exhibit 1 to Plaintiffs' Brief Regarding
Inapplicability of The Hague Convention

https://www.anonymousspeech.com/anonymous_hosting.aspx          6/1/2015

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Ron Kramer, et al.

*v.*

John Romano

Case No. 2:14-CV-6790-MWF(MRWx)

**PLAINTIFFS' BRIEF REGARDING INAPPLICABILITY OF
THE HAGUE CONVENTION**

**EXHIBIT 2**

Declaration of Eric B. Hull

Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
7th Floor
Santa Monica, California  90401
Telephone: (310) 566-8176
Facsimile:  (480) 421-1002
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC and Ron Kramer

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>        Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>        Defendants | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**DECLARATION OF ERIC B. HULL IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING INAPPLICABILITY OF THE HAGUE CONVENTION** |

I, Eric B. Hull, hereby declare and state as follows:

1.    I am an associate with the law firm Kercsmar & Feltus PLLC.

2.    I make this Declaration of my own knowledge, and I am competent to testify to the matters contained herein.

3.    While preparing the Complaint, I found Internet postings that suggested Mr. Romano, a United States citizen, had relocated to Mexico at some point in 2013. Those postings were attached as Exhibits to the Complaint. (*See, e.g.*, Dkt. ##1-1 and 1-2).

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Boulevard, 7th Floor
Santa Monica, California  90401
(310) 566-8176

Kercsmar & Feltus PLLC
SeaRise Building
233 Wilshire Boulevard, 7th Floor
Santa Monica, California 90401
(310) 566-8176

4.    Prior to filing the Complaint, I was unable to determine with any certainty whether Mr. Romano maintained his United States citizenship or his residence in this country.

5.    Because the Internet research stated that Mr. Romano was managing a Gold's Gym in Guadalajara and out of an abundance of caution, I filed the Complaint listing Mr. Romano's presumed residence as Mexico.

6.    In an attempt to discover Mr. Romano's address, I conducted Internet research and retained a private investigator to perform a records search.

7.    The private investigator was able to locate a home address for Mr. Romano in Fort Lauderdale, Florida but found no records for a home address in Mexico.

8.    Because Mr. Romano's address remained unknown after a diligent search, I determined that the Hague Convention did not apply to service in this case.

9.    Even though Mr. Romano's personal address remained an unknown, it was relatively easy to find the address for the Gold's Gym he managed in Guadalajara.

10.    In an effort to provide Mr. Romano notice of this lawsuit, Plaintiffs retained a private investigator to travel to Guadalajara to attempt personal service at the Gold's Gym.

11.    On October 28, 2014, a private investigator successfully effectuated personal service on Mr. Romano.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2015.

/s/ Eric B. Hull
Eric B. Hull

2          Exhibit 2 to Plaintiffs' Brief Regarding Inapplicability of The Hague Convention