Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
Seventh Floor
Santa Monica, California 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC and Ron Kramer

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>Defendants | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**RENEWED RULE 55 (a) REQUEST FOR ENTRY OF DEFAULT AGAINST JOHN ROMANO** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Ron Kramer and ThermoLife International, LLC ("ThermoLife") hereby renew their request for an entry of default against Defendant John Romano for failure to plead or otherwise defend against this action in a timely manner.

Defendant John Romano was served by a process server in Mexico on November 3, 2014. (Dkt. #6.) Romano's responsive pleading was due on or before November 25, 2014. Romano has failed to appear or otherwise defend. On October 22, 2015, the Court "determined that Plaintiffs have demonstrated that the prior in-hand service is not

forbidden by Mexican law. . . . Plaintiffs may file a notice with the Court to indicate their intent to renew the Request for Entry of Default." (Dkt. #18, Order (10/22/15) at 3.)

This request is supported by the attached Declaration of Eric B. Hull, Counsel for Ron Kramer and ThermoLife in this matter, attached as **Exhibit A**.

RESPECTFULLY SUBMITTED this 9th day of November, 2015.

KERCSMAR & FELTUS PLLC

By: *s/Eric B. Hull*
Eric B. Hull
SeaRise Building
233 Wilshire Boulevard
4th Floor
Santa Monica, California 90401
*Attorney for ThermoLife International LLC and Ron Kramer*