# EXHIBIT A

Eric B. Hull (# 291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
Seventh Floor
Santa Monica, California 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
ebh@kflawaz.com

Attorney for Plaintiffs
ThermoLife International LLC and Ron Kramer

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>   Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>   Defendants | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**DECLARATION OF ERIC B. HULL IN SUPPORT OF RULE 55 (a) REQUEST FOR THE CLERK TO ENTER DEFAULT AGAINST JOHN ROMANO** |

I, Eric B. Hull, hereby declare and state as follows:

1. I am an associate with Kercsmar & Feltus PLLC. I make this Declaration of my own knowledge, and I am competent to testify to the matters contained herein.

2. Defendant John Romano was personally served by hand delivery on November 4, 2014, as evidenced by the proof of service on file with this Court. (Dkt. #6.)

3. Under Rule 12, Mr. Romano was required to plead or otherwise respond to the complaint by November 25, 2014.

4. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

Keresmar & Feltus PLLC
233 Wilshire Boulevard, Seventh Floor
Santa Monica, California 90401
(310) 566-8176

5. Mr. Romano has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6. Mr. Romano is not a minor or an incompetent person.

7. Mr. Romano is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

8. On October 22, 2015, the Court "determined that Plaintiffs have demonstrated that the prior in-hand service is not forbidden by Mexican law. . . . Plaintiffs may file a notice with the Court to indicate their intent to renew the Request for Entry of Default." (Dkt. #18, Order (10/22/15) at 3.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2015.

*s/ Eric B Hull*
Eric B. Hull