JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>           Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>           Defendant. | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>(Assigned to the Hon. Michael W. Fitzgerald) |

    The parties having stipulated and good cause appearing;

    IT IS ORDERED dismissing this matter without prejudice against Defendant John Romano with each party to bear its own attorneys' fees and costs. The hearing on the Order To Show Cause Re Dismissal set for September 12, 2016 at 11:30 a.m. is hereby vacated.

    DATED this 12th day of September, 2016.

                                                    _____
                                                  Michael W. Fitzgerald
                                                  United States District Judge

Kercsmar & Feltus PLLC
233 Wilshire Boulevard, 4th Floor
Santa Monica, California 90401
(310) 566-8176