1  Gregory B. Collins (*pro hac vice*)
2  Eric B. Hull (# 291167)
   KERCSMAR & FELTUS PLLC
3  SeaRise Building
   233 Wilshire Boulevard
4  Fourth Floor
5  Santa Monica, California 90401
   Telephone: (310) 566-8176
6  Facsimile:  (480) 421-1002
7  gbc@kflawaz.com
   ebh@kflawaz.com
8
   Attorneys for Plaintiffs
9  ThermoLife International LLC and Ron Kramer

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 Ron Kramer, an individual residing in       Case No. 2:14-CV-6790-MWF(MRWx)
   California; ThermoLife International
14 LLC, an Arizona limited liability          **NOTICE OF ERRATA REGARDING**
   company,                                   **DISMISSAL OF CASE**
15

16              Plaintiffs,

17 v.                                          (Assigned to the Hon. Michael W. Fitzgerald)

18 John Romano, an individual residing in
   Mexico,
19

20              Defendant.

21        Plaintiffs Ron Kramer and ThermoLife International LLC (after consultation with

22 Defendant John Romano) provide notice of errata with respect to the dismissal of the

23 case. On September 9, 2016, Plaintiffs filed a stipulated notice of dismissal under Rule

24 41(a). The notice dismissed the case without prejudice (Dkt. #55). The Court entered the

25 proposed order dismissing the case without prejudice (Dkt. #56). The dismissal was

26 intended to be with prejudice. Accordingly, Plaintiffs file this notice of errata to request

27 that the Court dismiss with prejudice pursuant to Rule 41(a). A proposed order reflecting

28 this change is attached as Exhibit A.

Kercsmar & Feltus PLLC
233 Wilshire Boulevard, 4th Floor
Santa Monica, California 90401
(310) 566-8176

RESPECTFULLY SUBMITTED this 14th day of September, 2016.

KERCSMAR & FELTUS PLLC

By: */s/ Eric Hull*
Eric B. Hull
SeaRise Building
233 Wilshire Boulevard
Fourth Floor
Santa Monica, California 90401
*Attorneys for Plaintiffs*

Kercsmar & Feltus PLLC
233 Wilshire Boulevard, 4th Floor
Santa Monica, California 90401
(310) 566-8176

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and served a copy via first-class mail and email to the following:

John Giovanoli a/k/a John Romano
251 Glenkirk Lane
Lexington, SC 29072
john_romano6969@mac.com
*Pro Per Defendant*


*/s/ Eric Hull*