Kercsmar & Feltus PLLC
233 Wilshire Boulevard, 4th Floor
Santa Monica, California 90401
(310) 566-8176

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Kramer, an individual residing in California; ThermoLife International LLC, an Arizona limited liability company,<br><br>            Plaintiffs,<br>v.<br><br>John Romano, an individual residing in Mexico,<br><br>            Defendant. | Case No. 2:14-CV-6790-MWF(MRWx)<br><br>**ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Hon. Michael W. Fitzgerald) |

    Pursuant to the Notice of Errata and good cause appearing;

    IT IS ORDERED dismissing this matter with prejudice against Defendant John Romano with each party to bear its own attorneys' fees and costs.

    DATED this 16th day of September, 2016.

_____
Michael W. Fitzgerald
United States District Judge